UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TAMEKA D. PORTER,

    Plaintiff,

v.                                                              Case No. 19-cv-486-pp

MEGAN E. HANKS, and GEICO,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME (DKT. NO. 5)**

---

The court **GRANTS** the plaintiff's motion for an extension of time to provide the information the court ordered her to submit in its May 16, 2019 order to show cause. Dkt. No. 5. The court **ORDERS** that if the plaintiff wants to continue with this case, she must file a document listing an address for defendant Megan Hanks, listing an address for defendant Geico, and notifying the court of the amount of damages she seeks for her injuries. The plaintiff must provide this information in time for the court to receive it by the end of the day on **Wednesday, June 26, 2019**. If the court does not receive this information from the plaintiff by the end of the day on Wednesday, June 26, 2019, the court will dismiss the case without prejudice for failure to diligently pursue it. See Civil L.R. 41.

Dated in Milwaukee, Wisconsin this 10th day of June, 2019.

                                            **BY THE COURT:**

                                            _____
                                            **HON. PAMELA PEPPER
                                            United States District Judge**